**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

ARRIVALSTAR S.A. and
MELVINO TECHNOLOGIES
LIMITED,

        Plaintiffs,

vs.

        **CASE NO. 12 cv 23982- Graham/Goodman**

THE PEPBOYS-MANNY,
MOE & JACK, INC.,

        Defendant.
_____/

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs ArrivalStar S.A. and Melvino Technologies Limited and Defendant The PepBoys-Manny, Moe & Jack, Inc. (collectively, the "Parties"), hereby stipulate to the dismissal of this entire action with prejudice, based on their executed Confidential Settlement Agreement. All Parties agree to bear their own attorneys' fees and costs.

The Parties executed Settlement Agreement provides for the filing of this Stipulation.

Plaintiffs' counsel has authorized Defendant's counsel to file this Stipulation on all Parties' behalf.

| | |
|---|---|
| /s/ Jeffrey T. Kuntz<br>Florida Bar No. 26345<br>jkuntz@gray-robinson.com<br>**Gray Robinson, P.A.**<br>401 East Las Olas Boulevard, Suite 1850<br>Ft. Lauderdale, Florida 33131<br>(954) 761-8111 (telephone)<br>(954) 761-8112 (facsimile)<br>*Attorneys for Defendant/Counter-Plaintiff* | /s/ William Ronald McMahon<br>Florida Bar No. 39044<br>bill@mlfllc.com<br>McMahon Law Firm, LLC<br>11435 W Palmetto Park Rd Ste E<br>Boca Raton, Florida 33428<br>(561) 218-4300 (telephone)<br>(561) 807-5900 (facsimile)<br>*Attorneys for Plaintiff/Counter-Defendant* |